LAW OFFICES OF MASRY & VITITOE
Leslie A. Cohen, Esq. (SBN: 93698)
leslie@lesliecohenlaw.com
J'aime K. Williams Esq. (SBN 261148)
jaime@lesliecohenlaw.com
LESLIE COHEN LAW, PC
506 Santa Monica Blvd., Suite 200
Santa Monica, CA 90401
Telephone: (310) 394-5900
Facsimile: (310) 394-9280

CHAPTER 11

Debtor(s).

FILED & ENTERED

AUG 28 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall DEPUTY CLERK

**Proposed** Attorneys for Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

In re

LAW OFFICES OF MASRY & VITITOE

    Debtor and
    Debtor in Possession

Case No. 1;09-bk-20447

Chapter 11

**[PROPOSED] ORDER APPROVING DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL**

Date: August 27, 2009
Time: 1:30 p.m.
Place: Courtroom 302

    The hearing on Motion to Approve Use of Cash Collateral (the "Motion"), filed by Masry & Vititoe, Debtor and Debtor in Possession in the above-captioned bankruptcy case, was held before the Honorable Maureen A. Tighe on August 27, 2009 at 1:30 p.m. in Courtroom 302 located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

    After reviewing Debtor's Motion, hearing oral argument and good cause appearing therefor,

    **IT IS ORDERED** that the use of cash collateral is approved on an interim basis through September 9, 2009 as follows:

| | CHAPTER 11 |
|---|---|
| LAW OFFICES OF MASRY & VITITOE | |
| Debtor(s). | CASE NUMBER 1:09-bk-20447 |

| Payment To: | In the Amount of: |
|---|---|
| Blue Shield Vision | $187.58 |
| Blue Shield Health Ins | $813.50 |
| Direct Cable | $164.98 |
| Electric | $37.59 |
| Rhumbline-Lit Sec | $1420.00 |
| Warehouse Office Supply | $196.31 |
| Minnesota Live Ins | $16,595.00 |
| Ft. Dearborn Life Ins. | $525.00 |
| Payroll | Approximately $50,000.00 (does not include any Insiders; Exact list to be approved by Counsel Financial) |
| **TOTAL** | **$69,939.96** |
| | |

In addition to the above, the Debtor may pay from cash collateral such other expenses between now and the time of the continued hearing, as Counsel Financial may approve in its discretion. If any emergency expense is requested for payment before the continued hearing and not approved by Counsel Financial, the Debtor may request another emergency hearing.

**IT IS FURTHER ORDERED**, that a continued hearing on the Emergency Motion shall be held on September 9, 2009 at 1p.m.

###

DATED: August 28, 2009

*Maureen A. Tighe*
United States Bankruptcy Judge

| | CHAPTER 11 |
|---|---|
| LAW OFFICES OF MASRY & VITITOE | |
| Debtor(s). | CASE NUMBER 1:09-bk-20447 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401**

The foregoing document described <u>ORDER APPROVING DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ August 27, 2009 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

      Hon. Judge Maureen A. Tighe
      U.S. Bankruptcy Court
      21041 Burbank Boulevard, Suite 325
      Woodland Hills, CA 91367

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ August 27, 2009 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.*

      **U.S. Trustee**
      Attn: Katherine Bunker
      Office of the United States Trustee
      21051 Warner Center Lane, Suite 115
      Woodland Hills, CA 91367 kate.bunker@usdoj.gov

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| | CHAPTER 11 |
|---|---|
| LAW OFFICES OF MASRY & VITITOE <br> Debtor(s). | CASE NUMBER 1:09-bk-20447 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/27/09 | J'aime Williams | /s/ J'aime Williams |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Approving Stipulation to Reject Lease** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 27, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

* Katherine Bunker    kate.bunker@usdoj.gov
* Cynthia M Cohen    cynthiacohen@paulhastings.com
* Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
* Thomas M Geher    tmg@jmbm.com
* United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐
Service information continued on attached pag

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

   **\* See Attached Service List**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

# SERVICE LIST

**Debtor in Possession**
Law Offices of Masry & Vititoe
5707 Corsa Avenue, 2nd Floor
Westlake Village, CA 91362

**U.S. Trustee**
Katherine Bunker
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
kate.bunker@usdoj.gov

## Secured Creditors

California Attorney Lending LLC [BY EMAIL]
c/o Cynthia Cohen – Paul Hastings
515 South Flower St, 25th Fl
Los Angeles, CA 90071
cynthiacohen@paulhastings.com

Bank of Whittier [BY MAIL]
15141 East Whittier Blvd
Whittier, CA 90603

## 20 Largest Unsecured Creditors:

Joseph DiNardo [BY EMAIL]
The DiNardo Firm
6400 Main Street #120
Williamsville, NY 14221
jdinardo@counselfin.com

California Lit Funding [BY EMAIL]
c/o Richard Schwartz, Esq.
6351 Owensmouth Avenue # 100
Woodland Hills, CA 91367
raspc@aol.com

Jackie Masry [BY EMAIL]
c/oDelores Yarnall
220 N. Glendale Avenue #103
Glendale, CA 91206
dyarnall@yarnalllaw.com

Louis Masry / Louanne Masry [BY EMAIL]
c/o John Rochefort - Alston & Bird
333 S. Hope Street 16th Floor
Los Angeles, CA 90071
Mark.rochefort@alston.com

[BY MAIL]
AT&T Advertising & Publishing
PO Box 989046
West Sacramento, CA

Estate of Edward Masry [BY EMAIL]
c/o Louis Masry
c/o John Rochefort - Alston & Bird
333 S. Hope Street 16th Floor
Los Angeles, CA 90071
Mark.rochefort@alston.com

Paul Taing [BY MAIL]
c/o John Carpenter
Carpenter & Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Chen Shih [BY MAIL]
c/o John Carpenter
Carpenter & Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Law Offices of Parker Milliken [BY EMAIL]
c/o Rick Robins, Esq.
555 S. Flower Street
Los Angeles, CA 90071
rrobins@pmcos.com
rblessing@pmcos.com

Law Offices of McCurdy & McCurdy [BY EMAIL]
c/o Scot Wert, Esq.
817 Greenview Drive
Grand Prairie, TX 75050
swert@fostersear.com

Yellowbook [BY MAIL]
Post Office Box 3162
Cedar Rapids, IA 5240

Idearc Media LLC [BY MAIL]
Post Office Box 619009
DFW Airport, TX 75261

JKK [BY MAIL]
5030 Barrier Island Court
Mount Pleasant, SC  29466

LexisNexis / lawyers.com [BY MAIL]
Post Office Box 894166
Los Angeles, CA 90189

Estate of Edward Masry
c/o Leib Lerner
Alston & Bird LLP
333 S Hope St 16th FL
Los Angeles, CA 90071

**Special Notice**
Thomas Geher [BY EMAIL]
tmg@jmbm.com