John M. Rochefort (CA Bar No. 054427)
Leib M. Lerner (CA Bar No. 227323)
Adriene Plescia Lynch (CA Bar No. 259100)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
mark.rochefort@alston.com
leib.lerner@alston.com
adriene.lynch@alston.com

Attorneys for Estate of Edward L. Masry

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: LAW OFFICES OF MASRY & VITITOE, <br><br> Debtor and Debtor in Possession. | Chapter 11 <br><br> Case No.: 1:09-BK-20447-MT <br><br> EVIDENTIARY OBJECTIONS OF ESTATE OF EDWARD L. MASRY TO (1) DEBTOR'S SUMMARY OF ESSENTIAL TERMS IN SUPPORT OF EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL; AND (2) DEBTOR'S SUBMISSION OF FURTHER SUPPORT FOR DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL AND EXHIBIT THERETO <br><br> <u>Continued Interim Cash Collateral Hearing:</u> <br> Date: September 9, 2009 <br> Time: 1:00 p.m. <br> Courtroom: 302 |

TO THE HONORABLE MAUREEN A. TIGHE AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the Estate of Edward L. Masry (the "Masry Estate") hereby objects to, and moves to strike portions of, (1) Debtor's Summary of Essential Terms in Support of Emergency Motion to Approve Use of Cash Collateral and (2) Debtor's Submission of Further

1

31500347 1.DOC

Support For Debtor's Motion to Approve Use of Cash Collateral, as follows:

**OBJECTIONS TO DEBTOR'S SUMMARY OF ESSENTIAL TERMS IN SUPPORT OF EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL [Docket No. 12]**

| | Objectionable Testimony | Basis for Objection |
|---|---|---|
| I. | **Summary of Essential Terms Pursuant to Local Bankruptcy Rule 4001-2(c), in support of its Emergency Motion to Approve Use of Cash Collateral**<br><br>Exhibit A, in its entirety. | **Inadmissible Evidence (FRE 104; LBR 4001-2(a) and LBR 9013-1(i)**<br>No declaration was submitted authenticating the document or the information contained in the document. A cash collateral motion must be supported by admissible evidence. An attorney verification is not sufficient to constitute evidence on a motion.<br><br>**Incomplete Document (FRE 106):**<br>Only pages 2, 3 and 4 of the document were submitted. The entire document should be required for consideration.<br><br>**Lacks Authentication (FRE 901 & 902):**<br>Authentication is a condition precedent to admissibility. The submitted document has not been authenticated.<br><br>**Hearsay (FRE 802)**<br>The "statement" to be gleaned from the contents of the document is based on out of court statements by someone other than the declarant, offered to prove the truth of the matter asserted.<br><br>**Best Evidence (FRE 1002):**<br>The best evidence of the contents of a writing is the original writing.<br><br>**Violation of Public Access to Papers Rule (11 U.S.C. § 107):**<br>A paper filed in a bankruptcy case is a public record open to examination.<br><br>**Failure to Comply with Local Bankruptcy Rule 5003(c)(1):**<br>The Debtor has unilaterally decided to withhold a portion of the document. A paper may not be filed under seal without a prior written order from the court. If a filing under seal is requested, a written motion and a prop posed order must be presented to the judge along with the paper submitted for filing under seal. |

2

31500347_1.DOC

# OBJECTIONS TO DEBTOR'S SUBMISSION OF FURTHER SUPPORT FOR DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL AND EXHIBIT THERETO
[Docket No. 27]

| | Objectionable Testimony | Basis for Objection |
|---|---|---|
| II. | **Submission of Further Support For Debtor's Motion to Approve Use of Cash Collateral, Exhibit A** "Attached hereto as Exhibit A is the package of documents which has been submitted by Counsel Financial LLC in further support of Debtor's Motion To Approve Use of Cash Collateral, including a revised budget for the time period ending October 2, 2009 and redacted backup documents." | **Inadmissible Evidence (FRE 104; LBR 4001-2(a) and LBR 9013-1(i)** No declaration was submitted authenticating the documents or the information contained in the documents. A cash collateral motion must be supported by admissible evidence. An attorney verification is not sufficient to constitute evidence on a motion.<br><br>**Lacks Authentication (FRE 901 & 902):** Authentication is a condition precedent to admissibility. None of the submitted documents have been authenticated.<br><br>**Hearsay (FRE 802)** The statement is based on out of court statements by someone other than the declarant, offered to prove the truth of the matter asserted. |
| III. | **Submission of Further Support For Debtor's Motion to Approve Use of Cash Collateral, Exhibit A, Item 3** 3. Edward L. Masry Employment Contract: Debtor filed a Motion to Reject which is to be heard on September 21, 2009. | **Irrelevant (FRE 401, 402, 403):** The Debtor's filing of the identified motion is irrelevant to the cash collateral proceedings. The subject contract is a nonexecutory contract that is not subject to rejection pursuant to 11 U.S.C. § 365(a), and payments of benefits under the contract are required pursuant to 11 U.S.C. § 1114(e). |

3

31500347 1.DOC

| | Objectionable Testimony | Basis for Objection |
|---|---|---|
| IV. | **Submission of Further Support For Debtor's Motion to Approve Use of Cash Collateral, Exhibit A, Attachment No. 1**<br>"This Attachment has been fully redacted due to privacy concerns." | **Lacks Personal Knowledge (FRE 602 & 901(b)(1)):**<br>A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.<br><br>**Hearsay (FRE 802)**<br>The statement is based on out of court statements by someone other than the declarant, offered to prove the truth of the matter asserted.<br><br>**Best Evidence (FRE 1002):**<br>The best evidence of the contents of a writing is the original writing.<br><br>**Violation of Public Access to Papers Rule (11 U.S.C. § 107):**<br>A paper filed in a bankruptcy case is a public record open to examination.<br><br>**Failure to Comply with LBR 5003(c)(1):**<br>The Debtor has unilaterally decided to withhold a document. A paper may not be filed under seal without a prior written order from the court. If a filing under seal is requested, a written motion and a proposed order must be presented to the judge along with the paper submitted for filing under seal. |

31500347_1.DOC

| Objectionable Testimony | Basis for Objection |
|---|---|
| **V.** **Submission of Further Support For Debtor's Motion to Approve Use of Cash Collateral, Exhibit A, Attachment No. 4** "This attachment has been fully redacted, as it includes confidential client information." | **Lacks Personal Knowledge (FRE 602 & 901(b)(1)):** A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.<br><br>**Hearsay (FRE 802)** The statement is based on out of court statements by someone other than the declarant, offered to prove the truth of the matter asserted.<br><br>**Best Evidence (FRE 1002):** The best evidence of the contents of a writing is the original writing.<br><br>**Violation of Public Access to Papers Rule (11 U.S.C. § 107):** A paper filed in a bankruptcy case is a public record open to examination.<br><br>**Failure to Comply with LBR 5003(c)(1):** The Debtor has unilaterally decided to withhold a document. A paper may not be filed under seal without a prior written order from the court. If a filing under seal is requested, a written motion and a proposed order must be presented to the judge along with the paper submitted for filing under seal. |

5

31500347_1.DOC

| Objectionable Testimony | Basis for Objection |
|---|---|
| VI. **Submission of Further Support For Debtor's Motion to Approve Use of Cash Collateral, Exhibit A, Attachment No. 5**<br>"This attachment has been fully redacted, as it includes confidential client information." | **Lacks Personal Knowledge (FRE 602 & 901(b)(1)):**<br>A witness may not testify to a matter unless evidence is introduced sufficient to support a finding that the witness has personal knowledge of the matter.<br><br>**Hearsay (FRE 802)**<br>The statement is based on out of court statements by someone other than the declarant, offered to prove the truth of the matter asserted.<br><br>**Best Evidence (FRE 1002):**<br>The best evidence of the contents of a writing is the original writing.<br><br>**Violation of Public Access to Papers Rule (11 U.S.C. § 107):**<br>A paper filed in a bankruptcy case is a public record open to examination.<br><br>**Failure to Comply with LBR 5003(c)(1):**<br>The Debtor has unilaterally decided to withhold a document. A paper may not be filed under seal without a prior written order from the court. If a filing under seal is requested, a written motion and a proposed order must be presented to the judge along with the paper submitted for filing under seal. |

Based on the foregoing, Mary Estate respectfully requests that the aforementioned evidence be stricken as inadmissible.

DATED: September 8, 2009         **ALSTON & BIRD LLP**

/s/ Leib M. Lerner
                                                 Leib M. Lerner

Attorneys for Estate of Edward L. Masry

6

31500347 1.DOC

| | |
|---|---|
| In re: LAW OFFICES OF MASRY & VITITOE,<br><br>Debtor and Debtor in Possession | CHAPTER 11<br>CASE NUMBER: 1:09-BK-20447 |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Hope Street, Los Angeles, California 90071

The foregoing document described as **EVIDENTIARY OBJECTIONS OF ESTATE OF EDWARD L. MASRY TO (1) DEBTOR'S SUMMARY OF ESSENTIAL TERMS IN SUPPORT OF EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL; AND (2) DEBTOR'S SUBMISSION OF FURTHER SUPPORT FOR DEBTOR'S MOTION TO APPROVE USE OF CASH COLLATERAL AND EXHIBIT THERETO** will be served or was served on the judge (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On September 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On September 8, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on September 8, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 09/08/2009 | Rosa Nelly Villaneda | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                     F 9013-3.1

1

31500347_1.DOC

*In re: Law Offices of Masry & Vititoe*
U.S. Bankruptcy Court, Case No.: 1:09-BK-20447

**SERVICE LIST**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF)**

- Katherine Bunker   kate.bunker@usdoj.gov
- Cynthia M Cohen   cynthiacohen@paulhastings.com
- Leslie A Cohen   leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Thomas M Geher   tmg@jmbm.com
- Leib M Lerner   leib.lerner@alston.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Christine S Upton   csupton@kscllp.com

**SERVED BY U.S. MAIL**

| **Debtor in Possession** | **U.S. TRUSTEE** |
|---|---|
| Law Offices of Masry & Vititoe | Katherine Bunker |
| 5707 Corsa Avenue, 2nd Floor | Office of the United States Trustee |
| Westlake Village, CA 91362 | 21051 Warner Center Lane, Suite 115 |
| | Woodland Hills, CA 91367 |
| | kate.bunker@usdoj.gov |
| **Proposed Counsel for Debtor in Possession** | California Attorney Lending LLC |
| Leslie A. Cohen, Esq. | c/o Cynthia Cohen – Paul Hastings |
| J'aime K. Williams, Esq. | 515 south Flower Street, 25th Floor |
| LESLIE COHEN LAW, PC | Los Angeles, CA 90071 |
| 506 Santa Monica Boulevard, Suite 200 | cynthiacohen@paulhastings.com |
| Santa Monica, CA 90401 | |
| Bank of Whittier | |
| 15141 East Whittier Boulevard | |
| Whittier, CA 90603 | |

**20 Largest Unsecured Creditors**

| | |
|---|---|
| Joseph DiNardo | Paul Taing |
| The DiNardo Firm | c/o John Carpenter |
| 6400 Main Street, #120 | CARPENTER & ZUCKERMAN LLP |
| Williamsville, NY 14221 | 8827 W. Olympic Boulevard |
| jdinardo@counselfin.com | Beverly Hills, CA 90211 |

| | | |
|---|---|---|
| 1 | California Lit Funding<br>c/o Richard Schwartz, Esq.<br>6351 Owensmouth Avenue, #100<br>Woodland Hills, CA 91367<br>raspc@aol.com | Chen Shih<br>c/o John Carpenter<br>CARPENTER & ZUCKERMAN LLP<br>8827 W. Olympic Boulevard<br>Beverly Hills, CA 90211 |
| 4 | Jackie Masry<br>c/o Delores Yarnall, Esq.<br>220 N. Glendale Avenue, #103<br>Glendale, CA 91206<br>dyarnall@yarnalllaw.com | Law Offices of Parker Milliken<br>c/o Rick Robins, Esq.<br>555 S. Flower Street<br>Los Angeles, CA 90071<br>rrobins@pmcos.com<br>rblessing@pmcos.com |
| 8 | Law Offices of McCurdy & McCurdy<br>c/o Scot Wert, Esq.<br>817 Greenview Drive<br>Grand Prairie, TX 75050<br>swert@fostersear.com | AT&T Advertising & Publishing<br>P.O. Box 989046<br>West Sacramento, CA 95798-9046 |
| 12 | Louis Masry/Louanne Masry<br>c/o John Rochefort – Alston & Bird<br>333 S. Hope Street 16th Floor<br>Los Angeles, CA 90071<br>mark.rochefort@alston.com | LexisNexis/ lawyers.com<br>P.O. Box 894166<br>Los Angeles, CA 90189 |
| 15 | Yellowbook<br>P.O. Box 3162<br>Cedar Rapids, IA 5240 | Idearc Media LLC<br>P.O. Box 619009<br>DFW Airport, TX 75261 |
| 17 | JKK<br>5030 Barrier Island Court<br>Mount Pleasant, SC 29466 | |
| 20 | | **Additional Service** |
| 21 | Bruce B. Palumbo, Esq.<br>Ammirato & Palumbo<br>99 S. Lake Avenue, Suite 501<br>Pasadera, CA 91101-2643<br>bruce@ammiratopalumbo.com | |
| 24 | **PERSONAL DELIVERY** | |
| 25 | Honorable Maureen A. Tighe<br>United States Bankruptcy Judge<br>Central District of California<br>Courtroom 302<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 | |

3

31500347 1.DOC