RICHARD W. LABOWE, A Professional Corporation
**Richard W. Labowe, Bar No. 105905**
1631 West Beverly Blvd, Second Floor
Los Angeles, California 90026-5746
(213) 250-9800
richardwlabowe@gmail.com

Attorneys for
California Attorney Lending LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re | Case No. 1;09-bk-20447-MT |
| LAW OFFICES OF MASRY & VITITOE, | Chapter 11 |
| Debtors and Debtors in Possession | **POST CONFIRMATION STATUS REPORT FILED BY CALIFORNIA ATTORNEY LENDING, LLC**<br><br>Date:  February 3, 2021<br>Time   11:00 a.m.<br>Ctrm:  302 |

**TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE; TO THE OFFICE OF THE UNITED STATES TRUSTEE, ALL CREDITORS, AND OTHER INTERESTED PARTIES:**

CALIFORNIA ATTORNEY LENDING, LLC ("CAL") submits the following Post-Confirmation Status Report:

Since the filing of the Supplement Post-Confirmation Status Conference Report by CAL in November 2020, CAL has received no further money on behalf of the Reorganized Debtor.

Unfortunately, as of the date of this submission, CAL believes that it unlikely any further funds will be flowing to the Reorganized Debtor and respectfully submits that the court should consider issuing a final decree to close these bankruptcy proceedings.

1

1  CAL is informed and believes that all remaining unaccounted-for Reorganized Debtor litigation files had been assigned to the law firm of Girardi Keese ("GK") and that GK were running a Ponzi scheme with settlement proceeds and the like. CAL is informed and believes that GK misappropriated more than $10,000,000.00 in client funds, including attorney referral fees, and that GK owes its secured creditors and trade creditors in excess of $50,000,000.00. Based upon the foregoing, CAL reiterates its belief that there will be no further funds to distribute to creditors of the Reorganized Debtor.

Dated: February 1, 2021

*/s/ Richard W. Labowe*

Richard W. Labowe, Esq.
RICHARD W. LABOWE, A Professional Corporation
Attorneys for
California Attorney Lending LLC

2

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is **1631 W. Beverly Blvd., 2nd Floor, Los Angeles, California 90026**. On November 25, 2020, I served the within document(s) described as:

**POST CONFIRMATION STATUS REPORT FILED BY CALIFORNIA ATTORNEY LENDING, LLC**

on the interested parties in this action as stated on the attached mailing list.

☒ **(BY MAIL)** By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing contained in affidavit.

☐ **(BY EXPRESS MAIL)** By placing true copies of the foregoing document(s) in a sealed envelope addressed as set forth on the attached mailing list. I placed each such envelope for collection and overnight mailing following ordinary business practices. I am readily familiar with this firm's practice for collection and processing of Express Mail to be sent overnight by the U.S. Postal Service. Under that practice, it would be deposited on that same day in the ordinary course of business, with Express Mail postage thereon fully prepaid, in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the U.S. Postal Service for receipt of Express Mail.

☐ **(BY OVERNIGHT DELIVERY)** I deposited in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents, true copies of the foregoing document(s) in a sealed envelope or package designated by the express service carrier, addressed as set forth on the attached mailing list, with fees for overnight delivery paid or provided for.

☐ **(BY FAX)** By transmitting a true copy of the foregoing document(s) via facsimile transmission from this firm's facsimile machine, to each interested party at the facsimile machine telephone number(s) set forth on the attached mailing list. Said transmission(s) were completed on the aforesaid date at the time stated on the transmission record issued by this firm's sending facsimile machine. Each such transmission was reported as complete and without error and a transmission report was properly issued by this firm's sending facsimile machine for each interested party served. A true copy of each transmission report is attached to the office copy of this proof of service and will be provided upon request.

☒ **(BY E-MAIL)** By transmitting true copies of the foregoing document(s) to the e-mail addresses set forth on the attached mailing list.

I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 1, 2021, at Los Angeles, California.

_____                _____
**LETICIA GALLEGOS**
(Type or print name)                                                                (Signature)

## SERVICE LIST

**Debtor in Possession**
Law Offices of Masry & Vititoe
5707 Corsa Avenue, 2nd Floor
Westlake Village, CA 91362

Bank of Whittier [BY MAIL]
15141 East Whittier Blvd
Whittier, CA 90603

**U.S. Trustee**
Katherine Bunker
Office of the United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
kate.bunker@usdoj.gov

**20 Largest Unsecured Creditors**:

California Lit Funding [BY EMAIL]
c/o Richard Schwartz, Esq.
6351 Owensmouth Avenue # 100
Woodland Hills, CA 91367
raspc@aol.com

Jackie Masry [BY EMAIL]
c/oDelores Yarnall
220 N. Glendale Avenue #103
Glendale, CA 91206
dyarnall@yarnalllaw.com

Louis Masry / Louanne Masry [BY EMAIL]
c/o John Rochefort - Alston & Bird
333 S. Hope Street 16th Floor
Los Angeles, CA 90071
Mark.rochefort@alston.com

Estate of Edward Masry [BY EMAIL]
c/o Louis Masry
c/o John Rochefort - Alston & Bird
333 S. Hope Street 16th Floor
Los Angeles, CA 90071
Mark.rochefort@alston.com

Paul Taing [BY MAIL]
c/o John Carpenter
Carpenter & Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Chen Shih [BY MAIL]
c/o John Carpenter
Carpenter & Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Law Offices of Parker Milliken [BY EMAIL]
c/o Rick Robins, Esq.
555 S. Flower Street
Los Angeles, CA 90071
rrobins@pmcos.com
rblessing@pmcos.com

Law Offices of McCurdy & McCurdy [BY EMAIL]
c/o Scot Wert, Esq.
817 Greenview Drive
Grand Prairie, TX 75050
swert@fostersear.com

[BY MAIL]
AT&T Advertising & Publishing
PO Box 989046
West Sacramento, CA 95798

Yellowbook [BY MAIL]
Post Office Box 3162
Cedar Rapids, IA 52406

Idearc Media LLC [BY MAIL]
Post Office Box 619009
DFW Airport, TX 75261

JKK [BY MAIL]
5030 Barrier Island Court
Mount Pleasant, SC 29466

LexisNexis / lawyers.com [BY MAIL]
Post Office Box 894166
Los Angeles, CA 90189

[By Email]
Estate of Edward Masry
c/o Leib Lerner
Alston & Bird LLP
333 S Hope St 16th FL

1  Los Angeles, CA 90071
   Leib.lerner@alston.com
2  **Special Notice**
   Thomas Geher [BY EMAIL]
3  tmg@jmbm.com

4  Bruce Palumbo [ BY EMAIL]
   Ammirato & Palumbo, LLP
5  bruce@ammiratopalumbo.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28