| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Leslie A Cohen (SBN 93698) leslie@lesliecohenlaw.com<br>J'aime Williams (SBN 261148) jaime@lesliecohenlaw.com<br><br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SAN FERNANDO VALLEY DIVISION

| In re:<br>LAW OFFICES OF MASRY & VITITOE | CASE NO.: 1:09-bk-20447-MT<br>CHAPTER: 11 |
|---|---|
| | **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF**:<br><br>☒ **A FINAL DECREE AND ORDER CLOSING CASE; OR**<br>☐ **AN ORDER CLOSING CASE ON INTERIM BASIS**<br><br>**[11 U.S.C. § 350(a) and 1101(2); FRBP 3022; LBR 3022-1]** |
| Debtor(s). | ☐ No hearing unless requested under LBR 9013-1(o)(4)<br>☒ Hearing Information:<br>DATE:         June 2, 2021<br>TIME:         10:30 a.m<br>COURTROOM: 302<br>ADDRESS:   21041 Burbank Boulevard, Woodland Hills, CA 91367<br>[By ZoomGov - See Tentative Ruling Calendar for info] |

**PLEASE TAKE NOTICE THAT** the Reorganized Debtor or chapter 11 trustee requests the entry of a final decree and/or an order closing a chapter 11 case in which a plan of reorganization was confirmed.

Your rights might be affected by this Motion. You may want to consult an attorney. Refer to the box checked below for the deadline to file and serve a written response. If you fail to timely file and serve a written response, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief. You must serve a copy of your opposition upon the Reorganized Debtor, the Reorganized Debtor's attorney, the United States trustee, and on the judge pursuant to LBR 5005-2(d) and the Court Manual.

1. ☐ **No Hearing Scheduled; Notice Provided under LBR 9013-1 (o):** This Motion is filed by the Debtor pursuant to LBR 9013-1(o), which provides for granting of motions without a hearing. The full Motion is attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                 Page 1                                           **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

written response and request for hearing with the court and serve it as stated above, **no later than 14 days after the date stated on the Proof of Service of this Motion** plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). Your opposition must comply with LBR 9013-1(f) and (o).

2. ☒ **Hearing Set on Regular Notice; Notice Provided under LBR 9013-1 (d):** This Motion is set for hearing on regular notice pursuant to LBR 9013-1(d). The full Motion and supporting documentation are attached, including the legal and factual grounds upon which the Motion is made. If you wish to oppose this Motion, you must file a written response with the court and serve it as stated above **no later than 14 days prior to the hearing.** Your response must comply with LBR 9013-1(f). The undersigned hereby verifies that the hearing date and time selected were available for this type of Motion according to the judge's self-calendaring procedures [LBR 9013-1(b)].

3. ☐ **Other** *(specify)*:

Date: 04/30/21

*[signature]*
Signature of Reorganized Debtor or trustee

James Vititoe, President, Law Offices of Masry & Vititoe
Printed name of Reorganized Debtor or trustee

Date: 4/30/21

/s/ Leslie Cohen
Signature of attorney for Reorganized Debtor or trustee, if any

Leslie Cohen
Printed name of attorney for Reorganized Debtor or trustee, if any

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                                    Page 2                          F 3022-1.1.MOTION.CLOSE.CH11.CASE

**MOTION IN CHAPTER 11 CASE FOR ENTRY OF**:

☐ **A FINAL DECREE AND ORDER CLOSING CASE; OR**

☒ **AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Movant is the**: ☒ Reorganized Debtor    ☐ Chapter 11 trustee

2. **Postconfirmation Status of Bankruptcy Case**: Pursuant to 11 U.S.C. § 1101(2), FRBP 3022, and applicable case law and except as noted in the Declaration:

    a. The order confirming the plan of reorganization is final;

    b. All deposits required by the plan have been distributed;

    c. All property proposed by the plan to be transferred has been transferred;

    d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

    e. All payments or other distributions under the plan have commenced; and

    f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Relief Requested** *(check one box only)*:

    a. ☒ **Motion for Entry of Final Decree In a Case that Has Been Fully Administered:** Movant requests the entry of a final decree because the chapter 11 plan has been substantially consummated and the bankruptcy case has been fully administered pursuant to 11 U.S.C. §§ 350(a), 1101(2), FRBP 3022, and applicable case law.

    b. ☐ **Motion for Entry of an Order Closing the Case on an Interim Basis:** Movant requests the entry of an order closing this bankruptcy case on an interim basis. Though the chapter 11 plan has been substantially consummated, the bankruptcy case cannot be fully administered at this time. At a later time, a motion to reopen the bankruptcy case will be filed so that a motion for entry of discharge (or other motion or contested matter) may be filed and resolved.

4. **Evidence in Support of Motion**: Movant includes as evidence the declaration and any exhibits.

Based on the foregoing, movant requests the court grant the relief requested.

Date: 4/30/21          /s/ Leslie Cohen
                       Signature of Reorganized Debtor or trustee,
                       or attorney for Reorganized Debtor or trustee

                       Leslie Cohen, Leslie Cohen Law PC
                       Printed name of Reorganized Debtor or trustee,
                       or attorney for Reorganized Debtor or trustee

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2015                              Page 3                     **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

**DECLARATION IN SUPPORT OF MOTION IN CHAPTER 11 CASE FOR ENTRY OF
A FINAL DECREE AND ORDER CLOSING CASE, OR
AN ORDER CLOSING CASE ON AN INTERIM BASIS**

1. **Name of Declarant and Foundation for Personal Knowledge**:
   a. I,
      (*name*)    James Vititoe                                                                                               ,
      make the following declaration in support of this motion.

   b. (1) ☐  I have personal knowledge of the following facts because I am the:

      ☐ Reorganized Debtor    ☐ Chapter 11 trustee

      (2) ☒  I am related to this bankruptcy case as the  President of the Reorganized Debtor                    ,
      and I have personal knowledge of the following facts because *(specify)*:

2. **Postconfirmation Status of Bankruptcy Case**: except as noted in the following paragraph,

   a. The order confirming the plan of reorganization is final;

   b. All deposits required by the plan have been distributed;

   c. All property proposed by the plan to be transferred has been transferred;

   d. The Debtor or successor to the Debtor under the plan has assumed the business or the management of the property dealt with by the plan;

   e. All payments or other distributions under the plan have commenced; and

   f. All motions, contested matters, and adversary proceedings have been finally resolved.

3. **Exceptions** (if any):
   It is my understanding that all funds received by California Attorney Lending ("CAL"), the disbursing agent in this case, have been disbursed, and no further funds have been received. The only outstanding matter is whether the Reorganized Debtor will receive any disbursments on its claim from the pending bankrutpcies of Tom Girardi and Girardi & Keese (the "Girardi Bankruptcies").  CAL has agreed to file the claim in the Girardi Bankruptcies on behalf of the Reorganized Debtor. The Reoganized Debtor, CAL and the Masry Estate have agreed that this case  should be closed, and, if any funds are received from the Girardi Bankruptcies, the case should be reopened at that time to administer the funds.

4. **Facts Regarding Full Administration of Bankruptcy Case** *(check one box only)*:

   a. ☒ **The Bankruptcy Case Has Been Fully Administered:** All motions, contested matters, and adversary proceedings have been finally resolved.

   b. ☐ **The Bankruptcy Case Has Not Been Fully Administered:** All adversary proceedings have been resolved, but all motions and contested matters have not been finally resolved. It is contemplated that, at a later time, a motion to reopen the bankruptcy case will be filed so that a motion for discharge (or other motion or contested matter) may be filed and resolved.

5. **Exhibits** (if any). The following exhibits support facts asserted in this declaration:

   ☐ Exhibit **A:**

   ☐ Exhibit **B:**

   ☐ Exhibit **C:**

   ☐ Exhibit **D:**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*    Page 4    **F 3022-1.1.MOTION.CLOSE.CH11.CASE**

| 4/30/21 | James Vititoe, President | *[signature: Jan Vititoe]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2015*　　　　Page 5　　　　**F 3022-1.1.MOTION.CLOSE.CH11.CASE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION IN CHAPTER 11 CASE FOR THE ENTRY OF A FINAL DECREE AND ORDER CLOSING CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___4/30/21___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David I Brownstein    david@brownsteinfirm.com
Barry L Cohen    , kerry@cohenlaw.net
Cynthia M Cohen    ccohen@brownwhitelaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
Thomas M Geher    tmg@jmbm.com, bt@jmbm.com;fc3@jmbm.com;tmg@ecf.inforuptcy.com
Douglas Harris    Douglas.harris@alston.com
Mark S Hoffman    mark@markshoffmanlaw.com
Richard W Labowe    richardwlabowe@gmail.com, llhlaw1631@aol.com
Leib M Lerner    leib.lerner@alston.com, autodockettest-lax@alston.com
Adriene Lynch    adriene.lynch@alston.com
Kenneth Miller    kmiller@pmcos.com, efilings@pmcos.com
S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
Lorraine M Sarles    lorraine.sarles@alston.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
Christine S Upton    csupton@ksclllp.com
Gilbert B Weisman    notices@becket-lee.com                          ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ___4/30/21___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached pages

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/30/21 | Olivia Hill | /s/ Olivia Hill |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**BY MAIL:**

Hon. Maureen Tighe
U.S. Bankruptcy Court
21041 Burbank Boulevard
Woodland Hills, CA 91367

Law Offices of Masry & Vititoe
5707 Corsa Avenue, 2nd Floor
Westlake Village, CA 91362

Katherine Bunker
Office of the United States Trustee
21051 Warner Center Lane, ste 115
Woodland Hills, CA 91367

Bank of Whittier [BY MAIL]
15141 East Whittier Blvd
Whittier, CA 90603

Joseph DiNardo [BY EMAIL]
The DiNardo Firm
6400 Main Street #120
Williamsville, NY 14221
jdinardo@counselfin.com

California Lit Funding [BY EMAIL]
c/o Richard Schwartz, Esq.
6351 Owensmouth Avenue # 100
Woodland Hills, CA 91367
raspc@aol.com

Jackie Masry [BY EMAIL]
c/o Delores Yarnall
220 N. Glendale Avenue #103
Glendale, CA 91206
dyarnall@yarnalllaw.com

Louis Masry / Louanne Masry [BY EMAIL]
c/o John Rochefort - Alston & Bird
333 S. Hope Street 16th Floor
Los Angeles, CA 90071
Mark.rochefort@alston.com

Estate of Edward Masry [BY EMAIL]
c/o Louis Masry
c/o John Rochefort - Alston & Bird
Mark.rochefort@alston.com

Paul Taing [BY MAIL]
c/o John Carpenter
Carpenter & Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Chen Shih [BY MAIL]
c/o John Carpenter  Carpenter &
Zuckerman LLP
8827 W. Olympic Blvd.
Beverly Hills, CA 90211

Law Offices of Parker Milliken [BY EMAIL]
c/o Rick Robins, Esq.
555 S. Flower Street
Los Angeles, CA 90071
rrobins@pmcos.com
 rblessing@pmcos.com

Law Offices of McCurdy & McCurdy [BY EMAIL]
c/o Scot Wert, Esq.
817 Greenview Drive
Grand Prairie, TX 75050
swert@fostersear.com

AT&T Advertising & Publishing [By Mail]
PO Box 989046
West Sacramento, CA  95798

Yellowbook [BY MAIL]
Post Office Box 3162
Cedar Rapids, IA 52406

Idearc Media LLC [BY MAIL]
Post Office Box 619009
DFW Airport, TX 75261

JKK [BY MAIL]
5030 Barrier Island Court
Mount Pleasant, SC  29466

LexisNexis / lawyers.com [BY MAIL]
Post Office Box 894166
Los Angeles, CA 90189

Estate of Edward Masry [By Email]
c/o Leib Lerner
Alston & Bird LLP
Leib.lerner@alston.com

Bruce Palumbo [ BY EMAIL]
Ammirato & Palumbo, LLP
bruce@ammiratopalumbo.com

Thomas S. Paccioretti [By Mail]
Broadway Advisors, LLC
511 30th Street
Newport Beach, CA 92663

John Petrick [By Mail]
20750 Ventura Boulevard, Suite 140
Woodland Hills, California 91364

Barry Cohen [By Mail]
Barry L. Cohen & Associates
16130 Ventura Boulevard, Suite 140
Encino, CA  91436

}